An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF IAN CHRISTOPHERSON, ESQ., BAR NO. 3701.

No. 62985

**FILED**

JUL 24 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER OF TEMPORARY SUSPENSION

Bar counsel for the State Bar of Nevada has petitioned this court to enter an order temporarily suspending attorney Ian Christopherson from the practice of law under SCR 111. The petition is supported by certified copies of documents evidencing a guilty verdict against Christopherson on September 23, 2011. Christopherson was convicted in the United States District Court, District of Nevada, of one count of income tax evasion and one count of employment tax evasion, both felonies under 26 U.S.C. § 7201.[1] Christopherson was sentenced to 33 months in prison and is currently serving his sentence in a federal prison in California. Additionally, Christopherson is required to pay the Internal Revenue Service $728,786.14.

Having reviewed the petition and the supporting documentation submitted by bar counsel, we conclude that the petition

---

[1]Christopherson failed to report his conviction to bar counsel pursuant to SCR 111(2), which itself could be construed as an act of misconduct constituting grounds for discipline. *See* SCR 101 (acts or omissions of an attorney that violate rules of the supreme court are misconduct and constitute grounds for discipline).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21754

conclusively establishes Christopherson's conviction of serious crimes warranting a temporary suspension.[2] *See* SCR 111(1), (6), (7). Accordingly, we temporarily suspend Christopherson from the practice of law and refer this matter to the Southern Nevada Disciplinary Board for the initiation of formal disciplinary proceedings in which the sole issue to be determined is the extent of discipline to be imposed. *See* SCR 111(8).

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Glenn M. Machado, Assistant Bar Counsel
Jeffrey R. Albregts, Chair, Southern Nevada Disciplinary Board
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Ian Christopherson
Perry Thompson, Admissions Office, United States Supreme Court

---

[2]Christopherson has filed a letter indicating that he does not oppose a temporary suspension "pending resolution of [his] appeal." The letter also appears to briefly address the merits of Christopherson's federal appeal and express difficulties he is having addressing his legal matters from prison. To the extent that Christopherson's letter requests any relief related to his federal appeal or his incarceration, we note that this proceeding is not the appropriate forum to address such concerns, and we will take no further action with respect to the letter filed on June 5, 2013.